DENNIS L. WRIGHT, Appellant, *v.* THE KNIGHTS OF THE MACCABEES OF THE WORLD, Respondent.

(Submitted February 7, 1910; decided February 15, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 196 N. Y. 391.)

---

In the Matter of the Application of THE BOARD OF RAPID TRANSIT RAILROAD COMMISSIONERS OF THE CITY OF NEW YORK Relative to Acquiring a Road, Easement and Right of Way under Joralemon Street in the Borough of Brooklyn.

THE CITY OF NEW YORK et al., Appellants; HANNAH G. MYNDERSE, as Executrix of WILHELMUS MYNDERSE, Deceased, et al., Respondents.

(Submitted February 7, 1910; decided February 15, 1910.)

Motion to amend remittitur denied, with ten dollars costs. Motion for re-argument denied, with ten dollars costs. (See 197 N. Y. 81.)